AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

DAMON DIMARCO, individually and
on behalf of all others similarly situated,
        Plaintiff,

V.

INTEL CORPORATION, a Delaware
Corporation, and DOES 1-100,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-627

TO: (Name and address of Defendant)
Intel Corporation
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Zachary Naylor
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        AUG 2 5 2005
_____        _____
CLERK                                                           DATE

[signature]
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 26, 2005 |
| NAME OF SERVER *(PRINT)*<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Intel Corporation c/o Corporation Trust Company, 1209 Orange street, Wilmington, Delaware 19801. Copies thereof were accepted by Brian Penrod at 1:20 p.m.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-26-05    *[signature]*
              Date        *Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, Delaware 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.