IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAMON DIMARCO, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>INTEL CORPORATION,  )<br>a Delaware Corporation,  )<br>)<br>Defendant.  ) | C.A. No. 05-627 |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied.  No prior extensions of time have been sought or granted.

| CHIMICLES & TIKELLIS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: *A. Zachary Naylor* <br> Pamela Tikellis (Bar No. 2172) <br> Robert J. Kriner, Jr. (Bar No. 2546) <br> A. Zachary Naylor (Bar No. 4439) <br> Robert R. Davis (Bar No. 4536) <br> One Rodney Square <br> Wilmington, DE 19999 <br> Telephone: (302) 656-2500 <br> Facsimile:(302) 656-9053 <br> *zacharynaylor@chimicles.com* | By: *David E. Moore* <br> Richard L. Horwitz (Bar No. 2246) <br> W. Harding Drane ( Bar No. 1023) <br> David E. Moore (Bar No. 3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19801 <br> Phone: (302) 984-6000 <br> Facsimile: (302) 658-1192 <br> *rhorwitz@potteranderson.com* <br> *wdrane@potteranderson.com* <br> *dmoore@potteranderson.com* |
| FINKELSTEIN, THOMPSON & LOUGHRAN <br> Douglas G. Thompson, Jr. <br> Richard M. Volin <br> Karen J. Marcus <br> 1050 30th Street, NW <br> Washington, DC 20007 <br> Telephone: (302) 656-2500 <br> Facsimile: (302) 656-9053 <br><br> Attorneys for Plaintiff <br> DAMON DIMARCO | BINGHAM McCUTCHEN LLP <br> David M. Balabanian <br> Christopher B. Hockett <br> Joy K. Fuyuno <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> Telephone: (415) 393-2000 <br> Facsimile: (415) 393-2286 <br><br> Richard A. Ripley <br> 1120 20th Street, N.W. <br> Suite 800 <br> Washington, DC 20036 <br> Telephone: (202) 778-6101 <br> Facsimile: (202) 393-6929 <br><br> Attorneys for Defendant <br> INTEL CORPORATION |

697294

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE